**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HUNTER MACKEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HIMS & HERS HEALTH, INC.,

Defendant.

Case No. 0:26-cv-60865

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332(d), 1441(a), 1446, and 1453, Defendant HIMS & HERS HEALTH, INC., ("HIMS") herby files this Notice of Removal of the above-captioned action to this Court and respectfully states as follows:

1. HIMS is a named defendant in Case No. CACE-26-003060 filed by Plaintiff Hunter Mackey, ("Plaintiff") in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (hereinafter, the "State Court Action").

2. Plaintiff filed the Complaint in the State Court Action with the Clerk of the Circuit Court of Broward County, Florida on or around February 20, 2026.

3. This Notice is being filed within thirty (30) days after HIMS was served on March 6, 2026, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against HIMS is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this District.

5. Pursuant to 28 U.S.C. § 1446(a), a legible copy of each paper served on HIMS and/or docketed in the State Court Action is attached hereto as "**Exhibit A**" through "**Exhibit C**."

6. This Court has original jurisdiction over this action pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) *et seq*. ("CAFA") because (1) this is a putative class action where Plaintiff is a citizen of a state different from HIMS (28 U.S.C. § 1332(d)(2)(A)), (2) the matter in controversy exceeds the sum or value of $5,000,000 (28 U.S.C. § 1332(d)(2)), and (3) the number of members of all proposed classes in the aggregate is more than 100 (28 U.S.C. § 1332(d)(2), (5)(B)).

7. Because Plaintiff is a citizen of Florida and HIMS is a Delaware corporation with its principal places of business in California, there is minimal diversity between the parties as required by Section 1332(d)(2)(A).

8. Plaintiff pleads that the proposed class "exceeds 100 members" and "is so numerous that joinder of all members is impracticable and uneconomical." Compl. at ¶ 25.

9. Plaintiff also asserts that "the members of the Plaintiff class are entitled to $500 in liquidated damages against Defendant for *each* violation of the Caller ID Rules." *Id.* at ¶ 34. (emphasis added).

10. For CAFA purposes, the Court must aggregate the claims of individual class members and consider the monetary value that would flow to the entire class if declaratory relief were granted. *Reilly v. Amy's Kitchen, Inc.*, 2 F. Supp. 3d 1300, 1304 (S.D. Fla. 2014).

11. HIMS, upon information and belief, avers that Plaintiff's allegations place in controversy an aggregate amount in excess of $5,000,000. *See* 28 U.S.C. § 1332(d)(2).

12. By filing this Notice of Removal, HIMS expressly reserves, and does not waive, any and all defenses that may be available to it.

13. If any question arises as to the propriety of removal to this Court, then HIMS requests the opportunity to submit a brief in support of its position that this case has been properly removed.

14. Promptly after the filing of this Notice of Removal, HIMS will provide written notice of the removal to Plaintiff in the State Court Action and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted this 26th day of March, 2026.

*<u>/s/ Armand del Castillo</u>*
Armand del Castillo
Florida Bar No. 1049596
adelcastillo@jonesday.com
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9631

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that on the same date a copy of the foregoing document has been furnished to the following parties via United States Postal Service mail postage prepaid and electronic mail:

Joshua A. Glickman, Esq.
Social Justice Law Collective, PL
974 Howard Ave.
Dunedin, FL 34698
josh@sjlawcollective.com

*Counsel for Plaintiff*

*/s/ Armand del Castillo*
Armand del Castillo, Esq.